443 A.2d 392

Commonwealth v. Johnson, Appellant.

Submitted February 25, 1981. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

Judgment of sentence dated August 4, 1980 is affirmed.